Núm. 8182.—MARTÍNEZ, aplte. *v.* CORTE MUNICIPAL, dmdada. y VIDAL, Interventor.—C. D. Ponce.      Mayo 27, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, el interventor apelado ha presentado moción para que se desestime la apelación;

POR CUANTO, en la moción se alega que este procedimiento fué iniciado por demanda radicada en la Corte Municipal de Ponce, sección segunda, por el interventor apelado contra la peticionaria apelante; que la apelante solicitó de la referida corte municipal se declarara sin jurisdicción y que ésta, en 29 de diciembre de 1939, denegó tal solicitud; que la demandada entabló recurso de *certiorari*

en la Corte de Distrito de Ponce, solicitando se revisara la actuación de la corte municipal, y que la corte de distrito, después de oír a las partes, anuló el auto expedido y devolvió el caso a la corte municipal con fecha 7 de marzo de 1940; que en 15 de marzo la peticionaria radicó escrito de apelación contra la resolución recaída en el recurso de *certiorari;* y que el plazo para perfeccionar su apelación venció en abril 15, 1940, sin que la apelante haya practicado diligencia alguna;

POR CUANTO a la moción de desestimación se acompañó certificación expedida por el Secretario de la Corte de Distrito de Ponce, creditiva de haberse radicado el escrito de apelación en este caso el día 15 de marzo, y de que a la fecha de la certificación la peticionaria no había perfeccionado su apelación ni había solicitado prórroga para hacerlo;

POR CUANTO, la certificación del secretario lleva fecha abril 22, 1940, y en dicha fecha había expirado el término que la ley concede a la apelante para radicar el legajo de sentencia;

POR CUANTO, notificada la apelante de la moción de desestimación y de la vista de la misma, tampoco ha radicado oposición ni ha comparecido a la vista;

POR TANTO, se declara con lugar la moción y se desestima el recurso.